HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS FERNANDO GRANADOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-cr-00411 AWI-BAM-2 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| vs. | ) ) | Date:   March 24, 2014 |
| GRANADOS, et al | ) ) | Time:   1:00 p.m. Judge:  Barbara A. McAuliffe |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Brian K. Delaney, Counsel for Plaintiff, Assistant Federal Defender, Jerome Price, Counsel for Defendant, Luis Fernando Granados, and David Torres, Counsel for Defendant, Marco Antonio Granados, that the status conference hearing currently set for February 10, 2014, at 1:00 p.m., may be rescheduled to March 24, 2014, at 1:00 p.m.

Defense counsel, Jerome Price, will be unavailable and out of the country on February 10, 2014.  Additionally, defense counsel is still reviewing discovery with client, who was recently released from pretrial custody as well as entering plea discussions with government. The requested continuance will conserve time and resources for both counsel and the court and provide an opportunity for the parties to give the court a meaningful status update.  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a

speedy trial.

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER

                                              United States Attorney

Dated:  February 5, 2014                  /s/ *Brian K. Delaney*
                                              BRIAN K. DELANEY
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated:  February 5, 2014                  /s/ *Jerome Price*
                                              JEROME PRICE
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              LUIS FERNANDO GRANADOS

                                              LAW OFFICES OF DAVID A. TORRES

                                              /s/ *David Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              MARCO ANTONIO GRANADOS

## O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.  2nd STATUS CONFERENCE is continued from February 10, 2014 to March 24, 2014 at 1:00 PM before Judge McAuliffe.  The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
IT IS SO ORDERED.

    Dated:  **February 5, 2014**                   /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE