**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
Marco Antonio Granados

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Case No.13-CR-00411AWI-BAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| MARCO ANTONIO GRANADOS, ) | |
| Defendant ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND BRIAN K. DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCO ANTONIO GRANADOS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, March 24, 2014 be continued to Tuesday, May 27, 2014.

The continuance is needed in order to conduct further investigation and a possible resolution in this matter. I have spoken to AUSA Brian Delany and co-counsel Jerome Price, and they have no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

**IT IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED:3/19/14                           ***/s/ David A Torres***
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          MARCO ANTONIO GRANADOS

DATED:3/19/14                           ***/s/ Jerome Price***
                                          JEROME PRICE
                                          Attorney for Defendant
                                          Luis Fernando Granados

DATED:3/19/14                           ***/s/Brian K. Delany***
                                          BRIAN K. DELANY
                                          Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the 2nd Status Conference hearing for all defendants be continued from March 24, 2014 to May 27, 2014 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(**7**)(A) and 3161 (h)(**7**)(B)(1).

IT IS SO ORDERED.

Dated:   **March 20, 2014**                   /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE