**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARCO ANTONIO GRANADOS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> **MARCOS ANTONIO GRANADOS** ) <br> LUIS FERNANDO GRANADOS, ) <br> ) <br> Defendant ) | Case No.:1:13-CR-00411 AWI-BAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendants, MARCOS ANTONIO GRANADOS and LUIS FERNANDO GRANADOS, by and through their attorneys of record, hereby request that the Status Conference currently set for Tuesday, May 27, 2014 be continued to June 23, 2014.

Attorney for defendant Granados is conducting negotiations to resolve this matter and are fashioning a plea agreement.  I have spoken to AUSA, Brian Delaney and he has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

**IT IS SO STIPULATED.**

                Respectfully Submitted,

DATED: 5/21/14           */s/ David A Torres*
                DAVID A. TORRES
                Attorney for Defendant
                Marco Antonio Granados

DATES: 5/21/14           */s/ Jerome Price*
                JEROME PRICE
                Attorney for Defendant
                Luis Fernando Granados

DATED:5/21/14           */s/Brian K. Delaney*
                BRIAN K. DELANEY
                Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the 2nd Status Conference for defendants Marco Antonio Granados (1) and Luis Fernando Granados (2) is continued from May 27, 2014 to June 23, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

 Dated: **May 22, 2014**        /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE