1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT
8              EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,            CASE NO. 1:13-CR-00411 AWI-BAM – (001)

11              Plaintiff,              STIPULATION TO VACATE STATUS
                                        CONFERENCE AND SET CHANGE OF PLEA
12         v.                           HEARING; ORDER

13 MARCO ANTONIO GRANADOS,

14              Defendants.

15

16
       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
17
   counsel of record herein, that the Status Conference date currently set for June 23, 2014, be vacated and
18
   that this matter be set for Change of Plea hearing on June 23, 2014, at 10:00 a.m. before the Honorable
19
   Anthony W. Ishii.
20
          The parties agree that the delay resulting from the continuance shall be excluded in the
21
   interests of justice, including but not limited to, the need for the period of time set forth herein for
22
   further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C.
23
   §3161(h)(7)(A) and (B).
24

25

26

27

28

Dated:  June 17, 2014                                    BENJAMIN B. WAGNER
                                                         United States Attorney

                                                   By:   /s/ BRIAN DELANEY
                                                         BRIAN DELANEY
                                                         Assistant United States Attorney


Dated:   June 17 , 2014                                  /s/David Torres
                                                         DAVID TORRES
                                                         Attorney for Defendant
                                                         Marco Antonio Granados


ORDER

IT IS SO ORDERED that the  2nd Status Conference for Defendant Marco Antonio Granados(1)  ONLY is off calendar on June 23, 2014 at 1:00 p.m. and  reset as a Change of Plea hearing for June 23, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

   Dated:   **June 17, 2014**                        /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE