UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Dale A. Drozd  RE:  Marco Antonio Granados
United States District Judge        Docket Number:  0972 1:13CR00411-001
Fresno, California                  **PERMISSION TO TRAVEL**
                                    **OUTSIDE THE COUNTRY**

Your Honor:

Marco Antonio Granados is requesting permission to travel to La Paz, Baja California Sur, Mexico.  According to U.S. Probation Officer Nora Uhl, from the Central District of California, Marco Antonio Granados is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 15, 2014, Marco Antonio Granados was sentenced for the offenses of 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:**  49 months Custody in the Bureau of Prisons; 36 months Supervised Release; and $100 Special Assessment (Paid)

**Dates of Travel:**  From March 28, 2018, through April 7, 2018.

**Purpose:**  To visit his mother and older son.  He will be traveling with his girlfriend and newborn son.

1

**RE:   Marco Antonio Granados**
      **Docket Number:  0972 1:13CR00411-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                              Respectfully submitted,

                              /s/ Tim Mechem

                              Tim D. Mechem
                      Supervising United States Probation Officer

Dated:   February 7, 2018
         Fresno, California
         TDM/rmv

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated:   **February 14, 2018**          /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE